IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LAFITTE DUMONDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:10-CV-339-WKW |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No objections having been filed to the Order and Recommendation of the Magistrate Judge (Doc. # 4) ("Recommendation"), and after an independent review, it is ORDERED as follows:

(1)  The Recommendation is ADOPTED;

(2)  Mr. Dumonde's constitutional claims against Harley Lappin in his official capacity and the Federal Bureau of Prisons are DISMISSED for lack of jurisdiction;

(3)  Mr. Dumonde's 42 U.S.C. § 1985 claims against all Defendants are DISMISSED as barred by the statute of limitations; and,

(4)  To the extent Mr. Dumonde brings any claims against Harley Lappin in his individual capacity, they are DISMISSED as barred by the statute of limitations.

Final judgment will be entered separately.

DONE this 28th day of May, 2010.

/s/ W.  Keith Watkins
UNITED STATES DISTRICT JUDGE